IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**
JUL 21 2017
Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:17CR/35 |
| | § | Judge Mazzant |
| BRET LERNER | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

Violation: 18 U.S.C. §1955
(Illegal Gambling Business)

Beginning on a date unknown, but no later than on or about May 2010 and continuing until on or about May 2015, in the Eastern District of Texas and elsewhere, the defendant **Bret Lerner**, did conduct, finance, manage, supervise, direct and own all or part of an illegal gambling business, to wit a gambling business involving sports betting, which gambling business was a violation of the laws of the State of Texas to wit, Texas Penal Code §§ 71.02 and 47.03, and which involved five or more persons who conducted, financed, managed, supervised, directed and owned all or part of said illegal gambling business, and which remained in substantially continuous operation for a period in excess of thirty days and had a gross revenue of $2,000.00 in any single day.

In violation of 18 U.S.C. §1955.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As the result of committing a violation of 18 U.S.C. § 1955 as alleged in this Information, the defendant shall forfeit to the United States of America pursuant to 18 U.S.C. § 982(a)(1)(c) and 28 U.S.C. § 2461 all property, real or personal, involved in the offense or traceable to such property, including but not limited to the following:

Cash Proceeds:

1. $861,578.13 in gambling proceeds and previously seized.

By virtue of the commission of the offense alleged in this Information, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States.

Respectfully submitted,

BRIT FEATHERSTON
Acting United States Attorney

M. Andrew Stover
Assistant United States Attorney
Texas Bar No. 19349300
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
andrew.stover@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:17CR |
| | § | Judge Mazzant |
| BRET LERNER | § § | |

## NOTICE OF PENALTY

### Count One

| | |
|---|---|
| Violation: | 18 U.S.C. § 1955 |
| Penalty: | A fine of not more than $250,000.00 or not more than twice the amount of criminally derived property involved in the transaction and/or imprisonment for not more than five (5) years; and a period of supervised release of not more than three (3) years. |
| Special Assessment: | $100.00 |